NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50637 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-00184-GT |
| v. | |
| FERNANDO VEGA-SANCHEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Gordon Thompson, District Judge, Presiding

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Francisco Vega-Sanchez appeals from the six-month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Vega-Sanchez contends that the district court procedurally erred by failing to: (1) calculate the advisory Guidelines range; (2) meaningfully consider and address the relevant factors set forth in 18 U.S.C. § 3553 and 18 U.S.C. § 3583(e); and (3) explain the reasons for the sentence imposed.  The record reflects that the district court did not procedurally err.  *See United States v. Carty*, 520 F.3d 984, 991-95 (9th Cir. 2008) (en banc); *see also United States v. Valencia-Barragan*, 600 F.3d 1132, 1137 (9th Cir. 2010) (concluding that there was no plain error where "the district court listened to [defendant's] arguments, stated that it had reviewed the criteria set forth in § 3553(a), and imposed a sentence within the Guidelines range").

Vega-Sanchez also contends that the sentence is substantively unreasonable in light of his mitigating personal circumstances.  The record reflects that the six-month sentence is substantively reasonable in light of the totality of the circumstances.  *See Gall v. United States*, 552 U.S. 38, 51-52 (2007).

**AFFIRMED.**